UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SMITH,

    Plaintiff,

                                         Case No. 12-cv-15440
                                         HON. GERSHWIN A. DRAIN

v.

CITY OF INKSTER, BOARD OF TRUSTEES OF
THE POLICEMEN AND FIREMEN RETIREMENT
SYSTEM OF THE CITY OF INKSTER, and HILLIARD
L. HAMPTON, JR., in his official and unofficial
capacity , jointly and severally,

    Defendants.

_____/

## **JUDGMENT**

It is ordered and adjudged that pursuant to this Court's Order entered on this date, judgment is hereby entered in favor of Defendants and against Plaintiff.

                                                               DAVID J. WEAVER
                                                               CLERK OF THE COURT

                                                               BY: T. Bankston